UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN A. HALE,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR HARBORVIEW MORTGAGE LOAN TRUST 2005-2, MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2206-2; AND DOES 1-10, INCLUSIVE,<br><br>    Defendants. | Case No.: CV 18-4884-DMG (JEMx)<br><br>**ORDER OF DISMISSAL [16]** |

In consideration of the parties' Stipulation of Dismissal [Doc. # 16],

IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed in its entirety, with prejudice;
2. The Court shall retain jurisdiction over the parties to adjudicate any issues or disputes arising from the settlement; and
3. Each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: September 19, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE